UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FURQAN MIAN MEHMOOD,<br><br>Defendant. | Case No. CR 08-209-S-AWT<br><br>ORDER DISBURSING FUNDS |

Based upon the Order Disbursing Funds (Doc. 59) filed on December 10, 2009,

    IT IS HEREBY ORDERED that the Clerk of the Court is directed to do the following:

    1. Disburse in the sum of $50,000.00 to the Office for Victim's of Crime, Crime Victims' Fund, U.S. Department of Justice, 810 Seventh Street N.W., 8th Floor, Washington D.C. 20531.

    2. Deduct a registry fee in the amount of 10% from the income earned on the account.

    3. Disburse the remaining income earned (minus the registry fee) to the Office for Victim's of Crime Fund.

    IT IS FURTHER ORDERED, that the Clerk of the Court is directed to file this Order.

**ORDER - 1**



DATED:  **September 6, 2012**

_____
B. LYNN WINMILL
Chief Judge
United States District Court